IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREW MELLON, | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 09-cv-159 |
| v. | * | |
| | * | |
| NCO FINANCIAL SYSTEMS, INC., | * | |
| Defendant. | * | |

## NOTICE OF SETTLEMENT

COME NOW the Plaintiff and Defendant, by and through their counsel of record, and, for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay its own attorney's fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by May 7, 2008.

Dated: April 21, 2009.

/s/ Susan Landgraf
Susan Landgraf, Esq.
State Bar No. 00784702
Weisberg & Meyers, L.L.C.
4510 Bull Creek Road
Austin, Texas 78731
Telephone: (512) 436-0036, est. 116
Facsimile: (866) 317-2674

Attorneys for Plaintiff,
Andrew Mellon

/s/ David Reese Clouston
David Reese Clouston, Esq.
State Bar No. 00787253
Christopher R. Richie, Esq.
State Bar No. 24002839
Sessions, Fishman, Nathan & Israel, L.L.P.
Founders Square
900 Jackson Street, Suite 440
Dallas, Texas 75202-4473
Telephone: (214) 741-3001
Facsimile: (214) 741-3055

Attorneys for Defendant,
NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on April 21, 2009, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court.

s/Susan Landgraf
Susan Landgraf
