IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDREW MELLON, Plaintiff, | * * * |
| v. | Civil Action No. 09-cv-159 |
| | * * |
| NCO FINANCIAL SYSTEMS, INC., Defendant. | * * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: May 4, 2009.

/s/ Susan Landgraf
Susan Landgraf, Esq.
State Bar No. 00784702
Weisberg & Meyers, L.L.C.
4510 Bull Creek Road
Austin, Texas 78731
Telephone: (512) 436-0036, est. 116
Facsimile: (866) 317-2674

Attorneys for Plaintiff,
Andrew Mellon

/s/ David Reese Clouston
David Reese Clouston, Esq.
State Bar No. 00787253
Christopher R. Richie, Esq.
State Bar No. 24002839
Sessions, Fishman, Nathan & Israel, L.L.P.
Founders Square
900 Jackson Street, Suite 440
Dallas, Texas 75202-4473
Telephone: (214) 741-3001
Facsimile: (214) 741-3055

Attorneys for Defendant,
NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on May 4, 2009, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court.

s/Susan Landgraf
Susan Landgraf
