IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDREW MELLON, <br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br> Defendant. | Civil Action No. 09-cv-159 |

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

_May 7, 2009_
DATE

_/s/ [signature]_
U.S. DISTRICT JUDGE